# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00471-CV

**Katherine Yager Rogers, Appellant**

**v.**

**Victor J. Rogers, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-14-001893, HONORABLE GUY HERMAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Katherine Rogers has filed an agreed motion to extend, until March 19, 2018, the abatement we granted on October 20, 2017. We grant the motion and extend the abatement until March 19, 2018. On or before that date, Katherine should either (as applicable) file a motion to reinstate and to dismiss the appeal or file a report advising the Court if any further extension of the abatement is warranted.

It is so ordered on January 22, 2018.

Before Chief Justice Rose, Justices Pemberton and Goodwin